UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:16-cv-62966-RNS

RENADE GRANT, an individual,
    Plaintiff,

-vs-

SELECT PORTFOLIO SERVICING, INC., a
Foreign profit corporation,

    Defendant.

_____/

## PLAINTIFF'S *UNOPPOSED* MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND INCORPORATED MEMORANDUM OF LAW

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for the Southern District of Florida, Plaintiff, Renade Grant (*hereinafter* "Plaintiff"), requests the entry of an Order permitting him leave to file a Second Amended Complaint to remove Plaintiff's count under the Florida Consumer Collection Practices Act pursuant to Fla. Stat. § 559.55 et seq. ("FCCPA") and clarify substantially, Defendant's use of an automatic telephone dialing system ("ATDS") and pre-recorded voice ("robo-call") and in support thereof states as follows:

### RELEVANT FACTS/PROCEDURAL HISTORY

1. On December 16, 2016, the undersigned filed Plaintiff's Complaint alleging a violation of the Telephone Consumer Protection Act ("TCPA").

2. On December 17, 2016, before service was effectuated on Defendant, the undersigned filed Plaintiff's Amended Complaint alleging a violation of the Telephone Consumer Protection Act ("TCPA") and to correct a scrivener's error in Count II of the Complaint.

3.      On February 1, 2017, Defendant filed a Motion to Dismiss Plaintiff's Amended Complaint, which was devoid of factual merit or legal authority.

4.      Nonetheless, Plaintiff brings this Motion for Leave to File a Second Amended Complaint to remove Count II of the Amended Complaint, to attach the Revocation Letter as an exhibit, and to clarify substantially, Defendant's unquestionable use of an automatic telephone dialing system ("ATDS") and pre-recorded voice ("robo-call").

5.      Pursuant to the Local Rules, a true and correct copy of the Second Amended Complaint is attached hereto as **EXHIBIT A**.

5.      Pursuant to Local Rule 3.01(g), Plaintiff's counsel certifies that he has contacted Defendant's counsel regarding the relief sough in this Motion and is authorized to represent that Defendant does not oppose the relief requested.

WHEREFORE, Plaintiff, RENADÉ GRANT respectfully requests this Court permit him to file a Second Amended Complaint (attached hereto as **EXHIBIT A**) and that it be deemed filed as of the date of this Court's Order.

### MEMORANDUM OF LAW

A.      **Justice Requires That Plaintiff Be Permitted to Amend His Complaint.**

A party may amend its pleading as a matter of course within 21 days after serving it. Fed.R.Civ.P. 15(a)(1)(A). "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed.R.Civ.P. 15(a)(2). "[T]imely motions to amend are held to a very liberal standard." Smith v. Trans-Siberian Orchestra, 728 F. Supp. 2d 1315, 1318 (M.D. Fla. 2010). This court has recognized that Rule 15(a)'s mandate severely circumscribes its discretion

to deny timely motions for leave to amend. See *Yamashita v. Merck & Co., Inc.*, 2012 WL 488030, at *1 (S.D. Fla. Feb. 14, 2012); *Foman v. Davis*, 371 U.S. 178 (1962).

Here, the opposing party has indicated in writing that it does not oppose Plaintiff's Amendment. Plaintiff seeks leave to remove Count II of the Amended Complaint, which alleges violation of the Florida Consumer Collection Practices Act pursuant ("FCCPA"), to attach the Revocation Letter as an exhibit, and to clarify substantially, Defendant's unquestionable use of an automatic telephone dialing system ("ATDS") and pre-recorded voice ("robo-call").

For these reasons, Plaintiff, Renade Grant, requests the entry of an Order permitting the filing of the Second Amended Complaint and deeming it filed on the date of the Court's Order on this Motion.

Dated this 6 day of February, 2017.

/s/ JORDAN A. SHAW
JORDAN A. SHAW, ESQ.
FL Bar No.: 11771
ZEBERSKY PAYNE LLP
110 SE 6th Street
Suite 2150
Ft. Lauderdale, FL 33301
Tel: 954-989-633
Fax: 954-989-7781
E-Mail: jshaw@zpllp.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 6, 2017, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF which will send notification to all counsel of record.

/s/ JORDAN SHAW
JORDAN SHAW, ESQ.