UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RENADE GRANT,

    Plaintiff,                                           CASE NO.:16-62966-Civ-Scola

vs.

SELECT PORTFOLIO SERVICING, INC.,

    Defendant.
_____/

**JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE**

The parties, by and through their undersigned attorneys, and show unto this Court that all matters and things of controversy between them have been settled and that the parties stipulate to the dismissal of all causes of action brought in this suit with prejudice. The parties are to bear their own respective attorney's fees and costs.

Respectfully submitted this 30th day of May, 2017.

| | |
|---|---|
| By: /s/ Benjamin B. Brown | /s/ Jordan A. Shaw |
| Benjamin B. Brown | Jordan A. Shaw, Esq. (FBN 111771) |
| Florida Bar No. 13290 | Zebersky Payne, LLP |
| Joseph T. Kohn | 110 S.E. 6th Street, Suite 2150 |
| Florida Bar No. 113869 | Ft. Lauderdale, Florida 33301 |
| Counsel for the Defendant | Telephone:  (954) 989-6333 |
| 1395 Panther Lane, Suite 300 | Facsimile:  (954) 989-7781 |
| Naples, FL 34109 | E-mail:  jshaw@zpllp.com |
| 239/659-5026 Telephone | mperez@zpllp.com |
| 239/213-5426 Facsimile | |
| benjamin.brown@quarles.com | |
| joseph.kohn@quarles.com | |
| debra.topping@quarles.com | |
| kerlyne.luc@quarles.com | |
| ivon.delarosa@quarles.com | |
| DocketFL@quarles.com | |